IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES ZACHARY PIETY**                                            **PLAINTIFF**

v.                      **CASE NO. 3:25-CV-00009-BSM**

**THE LINCOLN ELECTRIC
COMPANY and THE ESAB
GROUP, INC.**                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE